**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

AGM-NEVADA, LLC, a Nevada
Limited Liability Corporation,

       Plaintiff,

vs.                            No. 1:10-cv-01045-MV/RHS

JOHN M. STEIGELMAN, *et al.*,

       Defendants.

**ORDER GRANTING STIPULATED MOTION TO STAY
PROCEEDINGS PENDING THE COURT'S RULING ON
<u>MOTIONS AFFECTING THE SCOPE OF DISCOVERY</u>**

       THIS MATTER comes before the Court on the Stipulated Motion to Stay Proceedings Pending the Court's Ruling on Motions Affecting the Scope of Discovery [Doc. 59]. The Court has now considered the motion, as well as all of the pleadings on file in the above-captioned cause and hereby concludes that the motion is well-taken and should be granted.

       IT IS THEREFORE ORDERED:

       1.  The Stipulated Motion to Stay Proceedings Pending the Court's Ruling on Motions Affecting the Scope of Discovery is hereby granted, and the proceeding is stayed until the Court rules on Defendant John M. Steigelman's Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 36] and Plaintiff's Motion for Partial Judgment on the Pleadings [Doc. 40].

       2.  All scheduling deadlines are extended by sixty (60) days from the date that the Court rules on the above-referenced motions.

3.   Each party shall bear their respective attorney's fees and costs relative to the instant motion.

*Robert Hayes Scott*
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE

Stipulated to and approved by:

 */s/ Neil R. Bell*
S. Charles Archuleta
Neil R. Bell
P.O. Box AA
Albuquerque, NM 87103-1626
Telephone: (505)346-4646
Facsimile: (505)346-1370
*Attorneys for AGM-Nevada*

 *approved via email by William T. Denning*
Dylan O'Reilly
William T. Denning
Miller Stratvert, PA
PO Box 869
Farmington, NM  87499
*Attorneys for Defendant Steigelman*

 *approved telephonically by B. Paul Briones*
B. Paul Briones
Briones Law Firm, PA
407 North Auburn Avenue
Farmington, NM  87401
*Attorneys for Certain Corporate Defendants*